UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2007-01
JULY 17, 2007 SESSION

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:07-cr-00129
                                        21 U.S.C. § 846
DARLA JEFFREY,                          21 U.S.C. § 841(a)(1)
  also known as "Darla Sharp"           18 U.S.C. § 2
JESSE WALLER
RICKIE GARLAND,                         07-198M
  also known as "Ghost"
RODNEY L. VINSON
DARRELL HOPSON
DOUGLAS L. MOON,
  also known as "D"

REDACTED

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

From on or about February 4, 2006, to on or about March 17, 2007, at or near Logan County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants DARLA JEFFREY, also known as "Darla Sharp," JESSE WALLER, RICKIE GARLAND, also known as "Ghost," RODNEY L. VINSON, DARRELL HOPSON, and DOUGLAS L. MOON, also known as "D," and other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 50 grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about February 4, 2006, at approximately 2:32 p.m., at or near Kistler, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DARLA JEFFREY, also known as "Darla Sharp," knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE

On or about February 4, 2006, at approximately 3:26 p.m., at or near Kistler, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DARLA JEFFREY, also known as "Darla Sharp," knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about December 19, 2006, at or near Amherstdale, Logan County, West Virginia, and within the Southern District of West Virginia, defendants DARRELL HOPSON and RICKIE GARLAND, also known as "Ghost," aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FIVE

On or about December 20, 2006, at or near Amherstdale, Logan County, West Virginia, and within the Southern District of West Virginia, defendants DARRELL HOPSON and RICKIE GARLAND, also known as "Ghost," aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT SIX

On or about December 27, 2006, at or near Accoville, Logan County, West Virginia, and within the Southern District of West Virginia, defendants DARLA JEFFREY, also known as "Darla Sharp," and JESSE WALLER, aided and abetted another person unknown to the Grand Jury in the knowing and intentional distribution of five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about December 29, 2006, at or near Accoville, Logan County, West Virginia, and within the Southern District of West Virginia, defendants DARLA JEFFREY, also known as "Darla Sharp," and JESSE WALLER, aided and abetted by each other, knowingly and intentionally distributed five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about January 2, 2007, at or near Accoville, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSE WALLER knowingly and intentionally distributed five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINE

On or about January 4, 2007, at or near Accoville, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DARLA JEFFREY, also known as "Darla Sharp," knowingly and intentionally distributed five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT TEN

On or about January 16, 2007, at or near Accoville, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DARLA JEFFREY, also known as "Darla Sharp," knowingly and intentionally distributed five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

On or about January 19, 2007, at or near Stollings, Logan County, West Virginia, and within the Southern District of West Virginia, defendants RICKIE GARLAND, also known as "Ghost," and RODNEY L. VINSON, aided and abetted by each other, knowingly and intentionally possessed with intent to distribute five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT TWELVE

On or about March 13, 2007, at or near Rum Creek, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DARRELL HOPSON knowingly and intentionally possessed with intent to distribute five grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT THIRTEEN

On or about March 13, 2007, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant DOUGLAS L. MOON, also known as "D," knowingly and intentionally possessed with intent to distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

CHARLES T. MILLER
United States Attorney

By: _____
JOHN J. FRAIL
Assistant United States Attorney