UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>                                     )  CASE NO. 07-198M<br>      vs.                            )<br>                                     )<br>  **DOUGLAS L. MOON,**                )<br>  **a/k/a   D**                      )<br>          Defendant.                 ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **19th** day of **OCTOBER , 2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                    _____
                                    Honorable Mary Pat Thynge
                                    U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

OCT 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE