IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-198M |
| | ) |
| DOUGLAS MOON, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_ Maximum sentence life imprisonment or death

    \_X\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    \_\_\_ Minor victim

    \_\_\_ Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_ Failure to register under 18 U.S.C. § 2250

    \_X\_ Serious risk defendant will flee

    \_X\_ Serious risk obstruction of justice

FILED

OCT 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because (**check one or both**):

    _X_  Probable cause to believe defendant committed 10+ year drug offense

    ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

\_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

\_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this 19 day of _____ October _____, 2007.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

BY: _____
       Lesley F. Wolf
       Assistant United States Attorney