AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Douglas L. Moon

CASE NUMBER: 07-198M

The defendant is charged with a violation of __21__ U.S.C. __846__ alleged to have been committed in the __Southern__ District of __West Virginia__

Brief Description of Charge(s):

Conspiracy to distribute cocaine base (over 50 grams); Distribution of cocaine base; Aiding and abetting the distribution of cocaine base.

Defendant was detained for the purpose of transfer to the Southern District of West Virginia and reserved his right to oppose detention in that district which was granted by this court.
~~The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.~~

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_October 19, 2007_
Date

_[signature]_
Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE