OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
   Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 25, 2007

Clerk of Court
U.S. District Court
Southern District of West Virginia
3200 Robert C. Byrd
United States Courthouse
300 Virginia Street East
Charleston, WV 25301



   Re: United States v. Douglas L. Moon;
      Case No. 2:07cr 129 - USDC/SDWV
           07-198M - USDC/DE

Dear Clerk:

   Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

   Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                          Sincerely,

                                          Keith J. Kincaid
                                          Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on   10-29-07  .
                                           (date)



